Linda K. (Darby) PREMOE, Respondent,

v.

Orville L. DARBY, Appellant.

No. WD 38609.

Missouri Court of Appeals, Western District.

July 28, 1987.

Ken Seck, Leon B. Seck, Seck & Seck, Overland Park, for appellant.

Darrell W. Moore, Grandview, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from provision of modification of dissolution decree ordering payment of child support.

Affirmed. Rule 84.16(b).